**EXHIBIT 5**

**From:** Joni Burgin [mailto:jkburgin@grantsburg.k12.wi.us]
**Sent:** Thursday, May 16, 2013 5:03 PM
**To:** K12Billing
**Subject:** RE: Insight Wisconsin- K12 Past Due Amount

Dear K12 Management,

Over the past several months we have been negotiating a settlement on this matter with Tim Murray, company President and COO.
Mr. Murray stated that he will be calling us back with a response to the School Board settlement offer.

Thank you,

Joni Burgin

---

**From:** K12Billing [mailto:k12billing@k12.com]
**Sent:** Monday, May 13, 2013 1:39 PM
**To:** Joni Burgin
**Subject:** Insight Wisconsin- K12 Past Due Amount

Dear Dr. Burgin,

We appreciate Insight Wisconsin School doing business with K12. Our records indicate, however, that there is a balance of **$2,989,647.92** overdue. This balance includes Amount listed as below.

Please let us know when we can expect the payment.

| School | Outstanding Amount |
|---|---|
| Insight Wisconsin | **$2,989,647.92** |

Please find payment information below to pay your balance.

**Payment Details :**
**Pay : K12 Management, Inc.**
Bank : PNC Bank
ABA# : 054000030
Acct# : 5303550723


**Mail To :**
**K12 Management**
P.O. Box : 824186
Philadelphia, PA 19182-4186

We thank you for your business and look forward to resolving this issue.

Sincerely,

**Billing Department**

2300 Corporate Park Dr.
Herndon, VA 20171
**office** 571.405.2260
**email** K12billing@k12.com