# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| K12 MANAGEMENT, INC., <br><br> Plaintiff, <br><br> - against - <br><br> GRANTSBURG SCHOOL DISTRICT BOARD OF EDUCATION, <br><br> Defendant. | Case No. 13-cv-778 |

## STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff K12 Management, Inc. ("K12") and Defendant Grantsburg School District Board of Education ("Grantsburg"), hereby stipulate to the dismissal of all claims and counterclaims between the parties with prejudice and without costs or fees to either party.

Dated: January 21, 2014

MICHAEL BEST & FRIEDRICH LLP

 /s/ John C. Scheller
John C. Scheller, WI SBN 1031247
Michael P. Screnock, WI SBN 1055271
Albert Bianchi, Jr., WI SBN 1056920
One South Pinckney St reet, Suite 700
Madison, WI  53703
Phone:  (608) 257-3501
Fax:  (608) 283-2275
jcscheller@michaelbest.com
mpscrenock@michaelbest.com
abianchi@michaelbest.com

*Attorneys for Plaintiff*

KIRKLAND & ELLIS LLP

Jay P. Lefkowitz, P.C. (*pro hac vice* to be filed)
John Del Monaco (*pro hac vice* to be filed)
Ross L. Weiner (*pro hac vice* to be filed)
601 Lexington Ave.
New York, NY 10022
Phone: (212) 446-4795
Fax: (212) 446-6460
lefkowitz@kirkland.com
john.delmonaco@kirkland.com
ross.weiner@kirkland.com

*Attorneys for Plaintiff*

Dated: January 21, 2014

WELD, RILEY, PRENN & RICCI, S.C.

By: /s/ Tom Rusboldt
    Tom Rusboldt, WI SBN 1015086
    3624 Oakwood Hills Parkway
    P. O. Box 1030
    Eau Claire, WI 54702-1030
    Phone: 715-839-7786
    Fax: 715-839-8609

*Attorneys for Defendant*

206467-0001\14375539.1